1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LARRY HUMPHREY,<br><br>　　　　　　　Defendant. | CASE NOS. 1:19-PO-00068-SAB<br><br>UNITED STATES' MOTION TO DISMISS; ORDER |

　　　The United States moves to dismiss the following two cases against defendant Larry Humphrey without prejudice in the interest of justice:

(1) Case No. 1:19-po-00020-SAB, and the two associated citations: Citation #6355022 (disorderly conduct at VA premises) and Citation #6355023 (Failure to depart VA premises); and

(2) Case No. 1:19-po-00068-SAB, and the associated citations: Citation #6354609 (Failure to depart VA premises).

IT IS SO ORDERED.

Dated: __December 10, 2019__　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

| | | |
|---|---|---|
| Dated: December 10, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |

**<u>ORDER</u>**